<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6589**

───────────

BUDDY MASON,

Plaintiff - Appellant,

versus

RON ANGELONE; L. JARVIS; DR. HARLAND; NENA
ADAMS; MARK E. WILLIAMS, D.D.S.,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-01-309-7)

───────────

Submitted: August 14, 2003          Decided: August 21, 2003

───────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Buddy Mason, Appellant Pro Se.  Alexander Leonard Taylor, Jr.,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
George W. Wooten, Peter Duane Vieth, Eunice Park Austin, WOOTEN &
HART, P.C., Roanoke, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Buddy Mason appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Mason v. Angelone</u>, No. CA-01-309-7 (W.D. Va. Mar. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>